# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| PENNSYLVANIA RESTAURANT AND LODGING ASSOCIATION, STORMS RESTAURANT AND CATERING, LLC D/B/A STORMS RESTAURANT, LAWRENCEVILLE BREWERY, INC., D/B/A THE CHURCH BREW WORKS, 1215 INCORPORATED, D/B/A RITA'S ITALIAN ICE, DIRT DOCTORS CLEANING SERVICE LLC, AND MODERN CAFE INC. | No. 227 WAL 2017 |
| | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| CITY OF PITTSBURGH | |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32 BJ | |
| PETITION OF: SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ | |
| PENNSYLVANIA RESTAURANT AND LODGING ASSOCIATION, STORMS RESTAURANT AND CATERING LLC D/B/A STORMS RESTAURANT, LAWRENCEVILLE BREWERY INC.D/B/A THE CHURCH BREW WORKS, 1215 INCORPORATED, D/B/A RITA'S ITALIAN ICE, DIRT DOCTORS CLEANING SERVICE LLC, AND MODERN CAFE INC. | No. 228 WAL 2017 |
| | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |

CITY OF PITTSBURGH, COUNCIL OF
THE CITY OF PITTSBURGH, AND
WILLIAM PEDUTO, AND SERVICE
EMPLOYEES INTERNATIONAL UNION
LOCAL 32 BJ

PETITION OF:  SERVICE EMPLOYEES
INTERNATIONAL UNION LOCAL 32BJ

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of November, 2017, the Petitions for Allowance of

Appeal are **GRANTED**, limited to the issue set forth below.  Allocatur is **DENIED** as to

all other issues.

The issue, rephrased for clarity, is as follows**:**

Did the Commonwealth Court err in holding that the State Emergency
Management Services Code, the State Disease Prevention and Control
Act Law, the Second Class City Code, and the Home Rule Charter and
Options Law failed to satisfy the "expressly provided by statute" exception,
and that the City of Pittsburgh therefore lacked the authority to pass the
Paid Sick Days Act and the Safe and Secure Buildings Act?

The appeals from Nos. 227-230 WAL 2017 and Nos. 236-239 WAL 2017 are

hereby **CONSOLIDATED** for briefing and oral argument.